858

No. 252, Misc. JASSO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 253, Misc. LEE v. LANE, WARDEN. Supreme Court of Indiana. Certiorari denied.

No. 256, Misc. BENFORD v. SUPERIOR COURT, LOS ANGELES COUNTY, ET AL. Supreme Court of California. Certiorari denied.

No. 257, Misc. FLEISCHER v. SUPERIOR COURT, LOS ANGELES COUNTY, ET AL. Supreme Court of California. Certiorari denied.

No. 259, Misc. MONTOS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 260, Misc. ODY v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent. Reported below: — N. Y. 2d —, — N. E. 2d —.

No. 269, Misc. MOORE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon Silverman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.